UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIVERSITY OF WASHINGTON, D/B/A UNIVERSITY OF WASHINGTON MEDICAL CENTER, and HARBORVIEW MEDICAL CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>SYLVIA M. BURWELL, in her official capacity as Secretary, United States Department of Health and Human Services,<br><br>Defendant. | CASE NO.  2:13cv1156-RSM<br><br>MOTION AND ORDER FOR VOLUNTARY DISMISSAL |

  Come now the Plaintiffs, University of Washington, d/b/a University of Washington Medical Center and Harborview Medical Center (the "Hospitals"), and file this Motion of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(2), together with a Proposed Order.

  This case turns on a single legal question:  whether in the context of applying a formula to calculate a portion of the Hospital's Medicare reimbursement, the Secretary properly excluded from the adjustment pertaining to the Hospital's indirect graduate medical education ("IME"), the time spent by Hospital residents conducting research that was unrelated to any particular patient's care.  This exact issue has been addressed in two other cases in which the court of appeals ruled in favor of the Secretary.  *Rush University Medical*

1  *Center v. Burwell*, 763 F.3d 754 (7th Cir. 2014); *Henry Ford Health System v. Department of Health and Human Services*, 654 F.3d 660 (6th Cir. 2011).  In light of these decisions, the Hospitals have decided not to pursue this issue further.  Accordingly, the Hospitals now move to voluntarily dismiss this case without prejudice and without costs to any party.

DATED this ____ day of February, 2015.

/s/ Michael Madden
MICHAEL MADDEN
BENNETT BIGELOW & LEEDOM
601 Union Street, Suite 1500
Seattle, WA  98101
Phone:  206-622-5511
E-mail: Mmadden@bbllaw.Com

*Attorneys for the Plaintiffs*

/s/ Thomas W. Coons
THOMAS W. COONS
OBER, KALER, GRIMES & SHRIVER
100 Light Street
Baltimore, MD  21202
Phone:  410-685-1120
E-mail: Twcoons@ober.com

*Attorneys for Defendants*

Motion of Voluntary Dismissal and Order
2:13cv1156-RSM- 2

# ORDER

**IT IS SO ORDERED** this 20th day of February 2015.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE